UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. |
| | ) | |
| v. | ) | (JUDGE KOSIK) |
| | ) | |
| ROBERT K. MERICLE, | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

In the period before and up to December 2007, in Luzerne and Dauphin Counties, Pennsylvania and within the Middle District of Pennsylvania, the defendant,

**ROBERT K. MERICLE,**

having knowledge that Michael T. Conahan and Mark A. Ciavarella were engaged in the actual commission of a felony cognizable by a court of the United States, to wit, a violation of Title 18, United States Code, § 371, relating to conspiracy to defraud the United States for taxes owed during 2003 and 2005 through 2007, did conceal and fail to disclose this knowledge to federal investigators and to a federal grand jury, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

All in violation of Title 18, United States Code, § 4.

Date: August 12, 2009

DENNIS C. PFANNENSCHMIDT
UNITED STATES ATTORNEY