UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:CR-09-247 |
| | ) | |
| v. | ) | |
| | ) | (JUDGE KOSIK) |
| ROBERT K. MERICLE, | ) | |
| | ) | |
| Defendant. | ) | (ELECTRONICALLY FILED) |

**FILED SCRANTON**
SEP 0 2 2009
PER ___
DEPUTY CLERK

## PLEA

AND NOW, this 2ND day of September, 2009, the within-named ROBERT K. MERICLE, hereby enters a plea of Guilty to the within Information.

_____
ROBERT K. MERICLE
Defendant