UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 3:09-CR-247 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT K. MERICLE | ) | (JUDGE KOSIK) |
| | ) | |
| Defendant | ) | |

## ORDER

**AND NOW**, this 29th day of December, 2011, upon consideration of the Joint Motion of the United States and Defendant, Robert K. Mericle, the voluntary contribution of Mr. Mericle in the amount of $2,150,000, made pursuant to Paragraph 12 of the Plea Agreement, shall be disbursed to the Pennsylvania Commission on Crime and Delinquency within five (5) days of the date of this Order.

**BY THE COURT:**

_____
**Edwin M. Kosik**
**United States District Judge**

W_CONSHOHOCKEN\887463\1

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 3:09-CR-247 |
| ) | |
| v. ) | |
| ) | (JUDGE KOSIK) |
| ROBERT K. MERICLE ) | |
| ) | |
| Defendant ) | |

**JOINT MOTION OF THE UNITED STATES
AND DEFENDANT ROBERT K. MERICLE FOR COURT APPROVAL OF
DISBURSEMENT OF VOLUNTARY CONTRIBUTION FUNDS**

The United States and Defendant Robert K. Mericle, by and through counsel, hereby jointly move the Court to approve the disbursement of the voluntary contribution by Mr. Mericle, and state the following in support thereof:

1. Pursuant to Paragraph 12 of the Plea Agreement, Mr. Mericle has voluntarily contributed the sum of $2,150,000 for the express purpose of funding programs for the health, safety and general welfare of the children of Luzerne County, Pennsylvania.

2. Since July 31, 2009, the sum of $2,150,000 has been held in an escrow account maintained by William J. Winning of Cozen O'Connor, counsel for Mr. Mericle.

3. It is the intent of the United States and Mr. Mericle that the funds now be distributed for the purpose of funding programs for the health, safety and general welfare of the children of Luzerne County, as provided in Paragraph 12 of the Plea Agreement.

4. The parties jointly agree that the funds should be disbursed to the Pennsylvania Commission on Crime and Delinquency, an agency of the Commonwealth of Pennsylvania. Upon receipt of the funds, the Commission will thereafter make independent decisions regarding the use of the funds consistent with the condition that it be for the health, safety and general welfare of the children of Luzerne County. Furthermore, the parties agree that Mr. Mericle, his

immediate family members as defined by the Pennsylvania Ethics Act, 42 Pa.C.S. §1102, and his business entities shall not participate in the entire grant process, including but not limited to the designation of organizations or entities that will receive the funds, the amount of funds awarded to such organizations or entities, or the conditions placed upon those organizations or entities for use of those funds.

Accordingly, pursuant to terms of the Plea Agreement, the United States and Robert K. Mericle hereby jointly request that the Court enter an Order approving the disbursement of the voluntary contribution funds to the Pennsylvania Commission on Crime and Delinquency.

PETER J. SMITH
UNITED STATES ATTORNEY

BY: _____
Michael A. Consiglio
Assistant U.S. Attorney

_____
William J. Winning, Esq.
Counsel for Defendant